UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOE BANKS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 13 C 05321 |
| | ) | |
| v. | ) | |
| | ) | Judge Edmond E. Chang |
| ROGER BAY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Court Set 2 of the revised jury instructions reflects decisions made at the instructions conference, where the underlying rationale for each decision was made. This Order sets forth an additional point that was flagged for discussion in the Order accompanying Court Set 1, but inadvertently was not discussed.

**Field Interview (page 11).** As previously noted, Plaintiff No. 8 proposes: "The law does not require an individual to consent to a field interview by a police officer." Because Nenad Dragojlovich testified that Plaintiff "fled" right when the TAC door opened, there is an implication of wrongdoing in running away from the encounter, so the instruction should be given. The defense may explain any objection tomorrow before the trial day's start, but for now Court Set 2 includes that instruction.

ENTERED:

s/Edmond E. Chang
Honorable Edmond E. Chang
United States District Judge

DATE: July 19, 2017